No. 502. CASSEL ET AL. *v.* RADIO-KEITH-ORPHEUM CORP. ET AL.; and

No. 577. STIRN *v.* ATLAS CORPORATION ET AL. January 2, 1940. Petitions for writs of certiorari to the Circuit Court of Appeals for the Second Circuit denied. MR. JUSTICE DOUGLAS took no part in the consideration and decision of these applications. *Mr. Myron Kommel* for petitioners in No. 502. *Messrs. George L. Schein* and *Joseph M. Cohen* for Independent Committee for the Protection of Common Stockholders of Radio-Keith-Orpheum Corp., and *Mr. Thomas D. Thacher* for Atlas

Corporation, respondents in No. 502. *Mr. Wm. D. Saltiel* for petitioner in No. 577. *Mr. Whitney North Seymour* for Atlas Corporation, respondent in No. 577. Reported below: 106 F. 2d 22.